1

2

3

4

5                                       **UNITED STATES DISTRICT COURT**

6                                         **DISTRICT OF NEVADA**

7 ALFRED CATALANI,                      )

                                            )

8              Plaintiff,                )

                                            )

9        v.                       )            2:14-cv-70-RFB-VCF

                                            )

10 STATE OF NEVADA et al.,        )            **ORDER**

                                            )

11             Defendants.           )

                                            )

12 _____ )

13 **I.**       **DISCUSSION**

14          On June 5, 2014, this Court entered a screening order on the second amended

15 complaint and stayed the case for 90 days to give the parties an opportunity to engage in

16 informal settlement discussions. (ECF No. 24, 27). The Office of the Attorney General has

17 filed its status report indicating that this case is one of three prisoner civil rights cases being

18 litigated by the same attorney for the same event. (ECF No. 35 at 1). Of the three cases, one

19 has been ordered to court-appointed mediation. (*Id.*). The case that has been ordered to

20 attend court-appointed mediation is the "lead case" and will determine the resolution of the

21 other two cases. (*Id.*). However, that case is set for an early mediation conference on

22 September 14, 2014. (*Id.* at 1-2). Negotiations for this case will not take place until after that

23 date. (*Id.* at 2).

24          The Court now grants an extension of the stay. The Office of the Attorney General shall

25 file an updated status report in this case on or before Friday, September 26, 2014.

26 ///

27 ///

28 ///

**II.      CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the 90-day stay is extended until Friday, September 26, 2014.  The Office of the Attorney General shall file an updated status report on or before Friday, September 26, 2014.


DATED: This 4th day of September, 2014.


_____
United States Magistrate Judge

2