# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALFRED CATALANI, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:14-cv-70-RFB-VCF |
| STATE OF NEVADA et al., | ) | **ORDER** |
| Defendants. | ) | |

## I. DISCUSSION

On September 26, 2014, Defendants filed a second supplemental notice of the status of this case. (ECF No. 37 at 1). In the status report, Defendants state that the court-appointed mediation session scheduled for September 12, 2014 has been rescheduled for November 21, 2014. (*Id.*).

The Court now extends the stay though December 1, 2014. Defendants shall file a supplemental status report on or before that date.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the stay is extended through December 1, 2014. Defendants shall file a supplemental status report on or before December 1, 2014.

DATED: This 29th day of September, 2014.

_____
United States Magistrate Judge