ADAM PAUL LAXALT
Attorney General
ANDREA R. BARRACLOUGH
Chief Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1260
E-mail: abarraclough@ag.nv.gov

*Attorneys for Defendants the Nevada Department of Corrections, Robert Bannister, James Cox, Mary Eaton, Randolph Moye, Dwight Neven, and Michael Ramos*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CATALANI,<br><br>             Plaintiff,<br><br>vs.<br><br>DWIGHT NEVEN, et al.<br><br>             Defendants. | Case No.  2:14-cv-00070-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Alfred Catalani, by and through counsel, Michael Kane, and Defendants, the Nevada Department of Corrections, Robert Bannister, James Cox, Mary Eaton, Randolph Moye, Dwight Neven, and Michael Ramos, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Chief Deputy Attorney

///
///
///
///
///
///
///

General, as a result of a Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

DATED this 31st day of March, 2016.

| | |
|---|---|
| MICHAEL C. KANE | CATHERINE CORTEZ MASTO<br>Attorney General |
| By: /s/ Michael Kane<br>MICHAEL C. KANE<br>THE 702FIRM<br>850 E. Bonneville Avenue<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff* | By: _____<br>ANDREA R. BARRACLOUGH<br>Deputy Attorney Genera<br>Bureau of Litigation<br>Carson City, NV<br>*Attorney for Defendants* |

**APPROVED AND SO ORDERED:**

Dated: April 4, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge